**Order entered April 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00064-CV

### JAY COOPER, Appellant

### V.

### THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, ET AL., Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02636-2018**

## ORDER

Before the Court are appellant's "Emergency Opposed Plea in Abatement" and appellant's "Emergency Opposed Motion for Temporary Stay." We **DENY** the motions. This Court's January 24, 2019 stay order, however, remains in effect.

Also before the Court is the April 1, 2019 order from the Honorable Corinne A. Mason denying appellant permission to file a notice of appeal. As noted by appellant in his emergency filing, section 11.102(f) of the Texas Civil Practice and Remedies Code provides that appellant may seek mandamus relief from the April 1, 2019 order by filing a petition for writ of mandamus with this Court "not later than the 30th day after the date of the decision" denying permission to file a notice of appeal. TEX. CIV. PRAC. & REM. CODE § 11.102(f). We caution appellant that the

Court will dismiss this appeal for want of jurisdiction if appellant fails to file a petition for writ of mandamus in this Court pursuant to section 11.102(f) by May 1, 2019.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE